PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

LBF/sb
DOCKET NUMBER (Tran. Court)

1:07CR00253-001

DOCKET NUMBER (Rec. Court)

*CR08-64*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| TERESA ESCALANTE-LARA | WD/NY | Buffalo |
| Lincoln, Delaware 19960 | NAME OF SENTENCING JUDGE | |
| | WILLIAM M. SKRETNY, U.S. District Judge | |
| | DATES OF PROBATION | FROM 02/07/2008 | TO 02/06/2009 |

| OFFENSE |
|---|
| False Claim of U.S. Citizenship, in violation of 18 U.S.C. §911 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___NEW YORK___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Delaware___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.

___02/15/08___
DATE

___[signature]___
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ___DELAWARE___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
EFFECTIVE DATE

_____
UNITED STATES DISTRICT JUDGE