PROB 22
Rev 2/88

| | LBF/sb |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Cou<br>1:07CR00253-001 |
| | DOCKET NUMBER (Rec. Cou<br>CR08-64 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| TERESA ESCALANTE-LARA | WD/NY | Buffalo |
| Lincoln, Delaware 19960 | NAME OF SENTENCING JUDGE | |
| REDACTED | WILLIAM M. SKRETNY, U.S. District Judge | |
| | DATES OF PROBATION | FROM 02/07/2008 | TO 02/06/2009 |

OFFENSE

False Claim of U.S. Citizenship, in violation of 18 U.S.C. §911

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __NEW YORK__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Delaware__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.

02/15/08
DATE

UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF __DELAWARE__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/18/08
EFFECTIVE DATE

UNITED STATES DISTRICT JUDGE